THOMAS GILLERAN, Respondent, v. ALBERT S. OWENS, Appellant, Impleaded, etc.— Motion denied. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

LOUIS FEINSTEIN and Another, Copartners, etc., Respondents, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Appeals dismissed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MADISON COREY, Appellant, v. COREY & RITER, INC., and Another, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. CHARLES GEIGER and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

SAMUEL NILSEN, Respondent, v. AMERICAN BRIDGE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term, on the authority of Shinnick v. Clover Farms Co. (169 App. Div. 236). Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

FORT DEARBORN NATIONAL BANK, Appellant, v. OCMULGEE RIVER LUMBER COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.; Page and Merrell, JJ., dissented.